## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| KIN INTERINSURANCE | * | CIVIL ACTION NO. |
| NETWORK | * | |
| | * | JUDGE: |
| VERSUS | * | |
| | * | |
| JOHN COOMBS, AMY COOMBS, and | * | MAG: |
| MCCLENNY, MOSELEY, & | * | |
| ASSOCIATES, PLLC | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## COMPLAINT FOR CONCURSUS

**NOW INTO COURT**, through undersigned counsel, comes Plaintiff, Kin Interinsurance

Network (hereinafter sometimes referred to as "Kin"), and respectfully represents as follows:

1.

As explained further herein, Plaintiff brings the instant Complaint for Concursus pursuant

to 28 U.S.C. § 1335 and Louisiana Code of Civil Procedure articles 4651 *et seq.*

2.

Kin Interinsurance Network is a foreign insurance corporation domiciled in Florida with

its principal place of business in St. Petersburg, Florida, and is authorized to do and is doing

business in the State of Louisiana.[1] Accordingly, Plaintiff, Kin Interinsurance Network, is a citizen

of the State of Florida.

---

[1] *See* "Details for Kin Interinsurance Network" from Louisiana Department of Insurance's website, attached hereto as
Exhibit 1.

3.

Named Defendant herein, John Coombs, is an individual of the full age of majority and resident of the Parish of Tangipahoa, State of Louisiana. Accordingly, Defendant, John Coombs, is a citizen of the State of Louisiana.

4.

Named Defendant herein, Amy Coombs, is an individual of the full age of majority and resident of the Parish of Tangipahoa, State of Louisiana. Accordingly, Defendant, Amy Coombs, is a citizen of the State of Louisiana.

5.

Also named Defendant herein is McClenny, Moseley, & Associates, PLLC, a law firm domiciled in Texas, with its principal place of business in Houston, Texas, and upon information and belief was authorized to do and was doing business in the State of Louisiana at all times relevant to this filing.

6.

Pursuant to 28 U.S.C. § 1332(a)(1), the Parties are diverse in citizenship as Plaintiff and Defendants are citizens of different states.

7.

As explained further herein, this Court also has proper jurisdiction over these Parties pursuant to 28 U.S.C. § 1335, which gives district courts "original jurisdiction of any civil action of interpleader" involving "two or more adverse claimants, of diverse citizenship".[2]

8.

On or about September 15, 2021, Defendants, John Coombs and/or Amy Coombs, reported to Plaintiff that Defendants had damage to their property located at 21004 E. Bell Road, Amite, Louisiana 70422, as a result of Hurricane Ida, on or about August 29, 2021.

9.

Prior to Hurricane Ida, Plaintiff issued a policy of homeowner's insurance to Defendants, John Coombs and Amy Coombs, bearing Policy No. KIN-HO-LA-158520268, covering the property located at 21004 E. Bell Road, Amite, Louisiana 70422, for the period of May 1, 2021, to May 1, 2022.

10.

Venue in this Court is proper as Defendants, John Coombs and Amy Coombs', property is located in Tangipahoa Parish, State of Louisiana.

---

[2] *Joseph J. Wiltz, Jr. v. Maya Welch, et al.*, 13-420 (M.D. La. 06/26/2027), 2017 U.S. Dist. LEXIS 97949.

11.

On or about March 20, 2022, Plaintiff received a letter of representation from Defendant, McClenny, Mosley, & Associates, PPLC, stating that the law firm was retained on behalf of John Coombs in relation to Mr. and Mrs. Coombs' Hurricane Ida claim with Plaintiff.[3]

12.

Upon information and belief, no litigation has ever been filed regarding John Coombs and/or Amy Coombs' Hurricane Ida claim against the Plaintiff, Kin Interinsurance Network.

13.

Pursuant to the property damage dispute between the Parties, on February 24, 2023, an informal settlement conference was held between undersigned counsel on behalf of the Plaintiff, and the Defendant firm, McClenny, Moseley, & Associates, LLC, on behalf of Defendants, John Coombs and Amy Coombs.[4]

14.

During the informal settlement conference on February 24, 2023, an agreement was reached between the Parties wherein Plaintiff agreed to tender a total of Twenty Thousand and No/100 ($20,000.00) under John Coombs and Amy Coombs' policy with Kin, in exchange for a full release of John Coombs and Amy Coombs' Hurricane Ida claims against Kin.[5]

---

[3] See "Letter of Representation and First Notice of Loss" from McClenny, Moseley, & Associates, PLLC, dated March 20, 2022, regarding Mr. and Mrs. Coombs' claim, attached as Exhibit 2.
[4] See letter dated January 25, 2023, evidencing agreement to participate in informal settlement conference on February 24, 2023, attached as Exhibit 3.
[5] See letter dated February 24, 2023, evidencing settlement agreement of Mr. and Mrs. Coombs' claims against Kin Interinsurance Network, attached as Exhibit 4.

15.

Plaintiff was later put on notice of allegations against Defendant, McClenny Mosely & Associates, LLC, via an Order on March 4, 2023, from Judge James D. Cain, Jr., of the Western District of Louisiana.[6]

16.

Kin Interinsurance Network continued to take notice of the ongoing discussion in Louisiana surrounding the alleged ethical violations of the Coombs' counsel. In the interest of justice for its insured, Kin now respectfully submits this Complaint for Concursus. Kin respectfully requests leave of court to deposit the Twenty Thousand and No/100 ($20,000.00) agreed in settlement of Mr. and Mrs. Coombs' claims such that they can access their funds in a more timely manner.

17.

Specifically, Kin is aware that Defendant, McClenny Moseley & Associates, PLLC, may have a financial interest in the settlement funds, and Kin requests that this Court provide the Defendants the opportunity to determine their respective percentages of entitlement to the funds according to law and any contracts between the Defendants. Kin has not been privy to the financial agreements between Defendants, but expects that this information will be revealed during the concursus proceeding.

---

[6] *See* Judge James D. Cain, Jr.'s Order dated March 4, 2023, attached as Exhibit 5.

18.

Kin is aware that the unprecedented nature of the allegations against McClenny Moseley & Associates, PLLC, have placed an undue burden on the Courts for hurricane litigation, and Kin respectfully requests the opportunity herein to streamline Mr. and Mrs. Coombs' recovery process in this matter and recoup any settlement funds in excess of their legal fees with McClenny Moseley & Associates, PLLC.

19.

Plaintiff reserves the right to amend this Complaint to name any additional persons who may have an interest in Mr. and Mrs. Coombs' Hurricane Ida claim as that information becomes known such that those persons' rights may be preserved.

20.

Subject to and without waiving any defenses, Kin Interinsurance Network admits its liability for Defendants, John Coombs and Amy Coombs', Hurricane Ida claim, Claim No. HO-0003010, in the amount of Twenty Thousand and No/100 ($20,000.00), and desires to deposit this amount into the registry of the Court, and to implead the Defendants named herein to assert their respective claims to these funds contradictorily against each other pursuant to 28 U.S.C. § 1335 and Louisiana Code of Civil Procedure articles 4651 *et seq.*

21.

Plaintiff asserts that it is the Defendants' responsibility to determine the amount of recovery to be provided to them based on Louisiana law and their contractual agreements.

22.

Plaintiff therefore requests leave of court to deposit into the registry of this Honorable Court, the full sum of Twenty Thousand and No/100 Dollars ($20,000.00), for the property damages, contractual legal fees, and for the benefit of any Defendant or Defendants as may be decreed by this Court to be entitled to any portion of the insurance proceeds. Plaintiff further avers that it should be relieved and discharged for all further liability whatsoever to Defendants arising out of John Coombs and Amy Coombs' Hurricane Ida claim, Claim No. HO-0003010, and all further liability joined out of or related to Hurricane Ida damages sustained by Defendants, John Coombs, Amy Coombs, and McClenny, Moseley, & Associates, PLLC, and/or any other Parties later joined herein.

**WHEREFORE**, Plaintiff, Kin Interinsurance Network, respectfully prays:

I.  For leave of court to deposit into the registry of this Court the amount of insurance funds agreed in settlement, totaling Twenty Thousand and No/100 Dollars ($20,000.00);

II.  That Plaintiff be relieved from payment of any of the costs of this proceeding as they accrue, and that these costs be deducted from the money deposited into the registry of the Court;

III.  That Defendants herein be cited to appear and assert their respective claims, contradictorily against all other Defendants, to the money deposited into the registry of the Court in this proceeding;

IV.   That Plaintiff be granted injunctive relief and that the Defendants herein be prohibited
      from instituting or prosecuting any other action or proceeding against Plaintiff with
      regard to John Coombs and Amy Coombs' Hurricane Ida claims against Kin
      Interinsurance Network; and that the Defendants herein be prohibited from instituting
      or prosecuting any other action or proceeding against Plaintiff with regard to
      McClenny, Moseley, & Associates, PLLC's, claim for legal fees in relation to John
      Coombs and Amy Coombs' Hurricane Ida claims against Kin Interinsurance Network;

V.    For a Judgment relieving Kin Interinsurance Network of all liability of all Defendants
      for the money deposited into the registry of the Court; and

VI.   That this matter be dismissed, with prejudice, at the conclusion of the proceeding.

                              Respectfully submitted,

                              **LAW OFFICES OF JASON P. FOOTE, LLC**


                       By:   _/s/ Jason P. Foote_
                              **JASON P. FOOTE (#25050)**
                              **DEVIN CABONI-QUINN (#35447)**
                              **KALEIGH K. ROONEY (#40034)**
                              2821 Richland Avenue, Suite 202
                              Metairie, Louisiana 70002
                              Telephone:  504-324-8585
                              Facsimile:  504-324-8496
                              Email: jfoote@footelawoffices.com;
                              dcaboni@footelawoffices.com;
                              krooney@footelawoffices.com
                              *Attorneys for Kin Interinsurance Network*

## CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of July, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system and I served a copy of the foregoing pleading on all counsel for all parties, via the CM/ECF system and/or mailing same by United States Mail, properly addressed, and first class postage prepaid, to all counsel of record in this matter.


_____*/s/ Jason P. Foote*_____
**JASON P. FOOTE**


**PLEASE SERVE:**
**Defendants, John Coombs and Amy Coombs**
21004 E. Bell Road
Amite, LA 70422

**AND**

**Defendant, McClenny, Moseley, & Associates, PLLC**
1415 Louisiana St., Suite 2900
Houston, Texas 77002