UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**KIN INTERINSURANCE NETWORK**　　　　　　　　　**CIVIL ACTION**

**VERSUS**　　　　　　　　　**NUMBER: 23-2320**

**JOHN COOMBS, ET AL.**　　　　　　　　　**SECTION: "R"(5)**

## PARTIAL REPORT AND RECOMMENDATION

Before the Court is the Disclaimer of Interest and Consent Motion to Dismiss (rec. doc. 19) filed by Defendant Select Portfolio Servicing, Inc. There is no opposition to the motion. Accordingly,

**IT IS RECOMMENDED** that the Disclaimer of Interest and Consent Motion to Dismiss (rec. doc. 19) be **GRANTED AS UNOPPOSED**.

Also before the Court is Kin Interinsurance Network's Motion for Entry of Default Against McClenny Moseley & Associates, PLLC. (Rec. doc. 21). Having reviewed the motion,

**IT IS FURTHER RECOMMENDED** that Kin Interinsurance Network's Motion for Entry of Default Against McClenny Moseley & Associates, PLLC (rec. doc. 21) be **GRANTED**.

**IT IS FURTHER RECOMMENDED** that the Clerk of Court be directed to enter default against McClenny Moseley & Associates, PLLC on the record of this matter. *See Ricks v. Imperial Fire & Cas. Ins. Co.*, Civ. A. No. 23-2844, 2024 WL 1750738, at *3 (E.D. La. Apr. 5, 2024).

**NOTICE OF RIGHT TO OBJECT**

A party's failure to file written objections to the proposed findings, conclusions, and recommendation contained in a magistrate judge's report and recommendation within 14 days after being served with a copy shall bar that party, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the district court, provided that the party has been served with notice that such consequences will result from a failure to object. *Douglass v. United States Auto. Assoc.*, 79 F.3d 1415 (5th Cir. 1996) (en banc).

New Orleans, Louisiana, this 16th day of May, 2024.

MICHAEL B. NORTH
UNITED STATES MAGISTRATE JUDGE