UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **KIN INTERINSURANCE NETWORK** | * | **CIVIL ACTION NO. 2:23-cv-02320** |
| | * | |
| | * | **JUDGE: SARAH S. VANCE** |
| **VERSUS** | * | |
| | * | |
| **JOHN COOMBS, AMY COOMBS, and MCCLENNY, MOSELEY, & ASSOCIATES, PLLC** | * | **MAG: MICHAEL NORTH** |
| | * | |
| | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### KIN INTERINSURANCE NETWORK'S MOTION FOR JUDGMENT OF DEFAULT AGAINST MCCLENNY MOSELEY & ASSOCIATES, PLLC

**NOW INTO COURT**, through undersigned counsel, comes Plaintiff, Kin Interinsurance Network, and, pursuant to Federal Rule of Civil Procedure Rule 55 and this Court's Order granting Plaintiff's Motion for Entry of Default (R. Docs. 27 and 28), moves this Honorable Court for a Judgment of Default against Defendant, McClenny Moseley & Associates, PLLC. Defendant has failed to file an answer to Plaintiff's Complaint for Concursus and Plaintiff has not been contacted by Defendant or any representatives of Defendant regarding this suit.

Respectfully submitted,

**LAW OFFICES OF JASON P. FOOTE, LLC**

By: ___/s/ Jason P. Foote___
**JASON P. FOOTE (#25050)**
**DEVIN CABONI-QUINN (#35447)**
**KALEIGH K. ROONEY (#40034)**
2821 Richland Avenue, Suite 202
Metairie, Louisiana 70002
Telephone: 504-324-8585
Facsimile: 504-324-8496
Email: jfoote@footelawoffices.com;
dcaboni@footelawoffices.com;
krooney@footelawoffices.com
*Attorneys for Kin Interinsurance Network*

## CERTIFICATE OF SERVICE

I hereby certify that on the 14 day of June, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system and I served a copy of the foregoing pleading on all counsel for all parties, via the CM/ECF system and/or mailing same by United States Mail, properly addressed, and first class postage prepaid, to all counsel of record in this matter.

___/s/ Jason P. Foote___
**JASON P. FOOTE**