UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

KIN INTERINSURANCE NETWORK                    CIVIL ACTION

VERSUS                                         NUMBER: 23-2320

JOHN COOMBS, ET AL.                            SECTION: "R"(5)

### PARTIAL JUDGMENT

The Court, having considered the record, the applicable law, and for the written reasons assigned;

**IT IS ORDERED, ADJUDGED, AND DECREED** that there is judgment in favor of KIN Interinsurance Network and against Defendant McClenny Moseley & Associates, PLLC.

New Orleans, Louisiana, this  21st  day of                March                , 2025.

_____
**UNITED STATES DISTRICT JUDGE**